UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES BAKER,<br><br>    Plaintiff,<br><br>v.<br><br>EVERGREEN PROFESSIONAL RECOVERIES, INC.,<br><br>    Defendant. | NO. CV-09-3077-RHW<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE PURSUANT TO SETTLEMENT** |

Before the Court is the parties' Joint Motion to Dismiss with Prejudice Pursuant to Settlement (Ct. Rec. 16). The motion was heard without oral argument.

The parties indicate that they have settled the above-captioned action and asks that the action be dismissed with prejudice and without costs.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Joint Motion to Dismiss with Prejudice Pursuant to Settlement (Ct. Rec. 16) is **GRANTED**.

2. The above-captioned action is **dismissed** with prejudice and without costs to either party.

///
///
///
///

**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE PURSUANT TO SETTLEMENT ~ 1**

1  **IT IS SO ORDERED.**  The District Court Executive is directed to enter this
2  Order, forward copies to counsel, and **close the file**.
3  **DATED** this 14th  day of April, 2010.

                    *s/Robert H. Whaley*
                    ROBERT H. WHALEY
                    United States District Judge

Q:\CIVIL\2009\Baker\dismiss.wpd

**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE PURSUANT TO SETTLEMENT** ~ 2